# ELECTRONIC RECORD

*569-15*
*570-15*
*571-15*
*572-15*

COA #   11-13-00094-CR    OFFENSE:   19.03-01

STYLE:   **Victor White v. The State of Texas**    COUNTY:   Ector

COA DISPOSITION:    AFFIRMED     TRIAL COURT:   358th District Court

DATE: 3/26/15     Publish: NO   TC CASE #:    D-38,103

---

# IN THE COURT OF CRIMINAL APPEALS

*569-15*   *570-15*
*572-15*

STYLE:   **Victor White v. The State of Texas**

_____ PRO SE _____ Petition

CCA #:   **PD-0571-15**

FOR DISCRETIONARY REVIEW IN CCA IS:

_____ REFUSED _____

DATE: 10/07/2015

JUDGE: Per Curiam

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

-----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD